**Official Form 5 (10/06)**     **13-23969**

| United States Bankruptcy Court<br>_____**District of New Jersey** | **AMENDED   INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>RAMS ASSOCIATES, L.P. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.):<br><br>22-3102246 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1215 WYCKOFF ROAD,<br>FARMINGDALE, NJ 07727<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Monmouth<br>          07727<br>     ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>      [ x ] Chapter 7     [  ] Chapter 11 ||

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>[  ] Debts are primarily consumer debts<br><br>[ X ] Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br><br>[  ] Individual (Includes Joint Debtor)<br>[x] Corporation (Includes LLC and LLP)<br>[  ] Partnership<br>[  ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business**<br>(Check **one** box.)<br>[  ] Health Care Business<br>[  ] Single Asset Real Estate as defined<br>   in 11 U.S.C. § 101(51)(B)<br>[  ] Railroad<br>[  ] Stockbroker<br>[  ] Commodity Broker<br>[  ] Clearing Bank<br>[ x ] Other |
|---|---|---|
| **VENUE**<br>[ x ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>[  ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. || **FILING FEE** (Check one box)<br>[ x ] Full Filing Fee attached<br><br>[  ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or it representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>**(Check applicable boxes)**<br>1. [x ] Petitioner (s) are eligible to file this petition pursuant to 11 U.S. C. § 303 (b).<br>2. [x ] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a.[ x ] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>         or<br>b. [  ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

Official Form 5 (10/06) – Cont.       Name of Debtor  RAMS ASSOCIATES, L.P.
                                      Case No.__13-23969_____

| | |
|---|---|
| **TRANSFER OF CLAIM** ||
| [ ] Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). ||
| **REQUEST FOR RELIEF** ||
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. ||
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br>x___/s/__John Catalano_____/s/ Beth Ann Catalano ____<br>Signature of Petitioner or Representative (State title)<br>_____<br>Name of Petitioner    John Catalano    Date Signed 6/25/2013<br>Name & Mailing     Beth Ann Catalano<br>Address of Individual           _29 Robbins Street,<br>                                Brick, NJ 08724<br>Signing in Representative<br>Capacity    /s/John Catalano_____   /s/Beth Ann Catalano_____<br>**JOHN CATALANO           BETH ANN CATALANO** | x_____<br>Signature of Attorney                      Date  6/25/2013<br>Timothy P. Neumann, Esq.<br>Name of Attorney Firm (If any)<br>   Broege, Neumann, Fischer & Shaver, LLC.<br><br>Address  25 Abe Voorhees Drive, Manasquan, NJ 08736<br><br>Telephone No. 732-223-8484  Ext 214 |
| x___/s/Phillip E. Miller_____/s/Barbara Miller ____<br>Signature of Petitioner or Representative (State title)<br>_____<br>Name of Petitioner    Phillip E. Miller   Date Signed  6/25/2013<br>Name & Mailing     Barbara Miller<br>Address of Individual           ___3331 Route 9,<br>                                Old Bridge, NJ 08857<br>Signing in Representative<br>Capacity    /s/Phillip E. Miller_____   /s/Barbara Miller __<br>**PHILLIP E. MILLER        BARBARA  MILLER** | x_____<br>Signature of Attorney                     Date 6/25/2013<br>Timothy P. Neumann, Esq.<br>Name of Attorney Firm (If any)<br>   Broege, Neumann, Fischer & Shaver, LLC.<br><br>Address  25 Abe Voorhees Drive, Manasquan, NJ 08736<br><br>Telephone No. 732-223-8484  Ext 214 |
| x___/s/DeWitt Alexandre _____<br>Signature of Petitioner or Representative (State title)<br>_____<br>Name of Petitioner   DeWitt Alexandre  Date Signed 6/25/2013<br>Name & Mailing<br>Address of Individual           _1675 River Road<br>                                Far Hills, NJ 07931<br>Signing in Representative<br>Capacity                    _DeWitt Alexandre_____<br>**DEWITT ALEXANDRE** | x_____<br>Signature of Attorney                     Date 6/25/2013<br>Timothy P. Neumann, Esq.<br>Name of Attorney Firm (If any)<br>   Broege, Neumann, Fischer & Shaver, LLC.<br><br>Address  25 Abe Voorhees Drive, Manasquan, NJ 08736<br><br>Telephone No. 732-223-8484  Ext 214 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John Catalano<br>BettyAnn Catalano<br>29 Robbins Street<br>Brick, New Jersey 08724 | Stipulation of Settlement | $953,513.26 + interest and legal fees |
| Philip E. Miller<br>Barbara Miller<br>3331 Route 9<br>PO Box 548<br>Old Bridge New Jersey 08857 | Stipulation of Settlement | $114,591.27 + interest and legal fees |
| DeWitt Alexandre<br>1675 River Road<br>PO Box 367<br>Far Hills New Jersey 07931 | Stipulation of Settlement | $95,184.68 + interest and legal fees |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement || Total Amount of Petitioners'<br>Claims  $1,163,289.21 |

| and the name of attorney and petitioning creditor information in the format above. | |

_____continuation sheets attached